FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA AUG 30 PM 2: 11
WESTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| DEANNA ARCHIBALD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 99-RRA-1217-W |
| | ) | |
| DELCHAMPS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

ENTERED

AUG 30 2001

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that, in accordance with the statements in the report and recommendation, this case is due to be dismissed for lack of prosecution. An appropriate order will be entered.

DONE, this ___30th___ day of August, 2001.

_William M. Acker._

WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE

15